CAUSE NO. 2013-1882

| MARK SOSA | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. 3 |
| | § | |
| JASHIM UDDIN AHMED | § | TARRANT COUNTY, TEXAS |
| | § | |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/1/2015 3:12:01 PM
DEBRA SPISAK
Clerk

## ORDER DENYING DEFENDANT JASHIM UDDIN AHMED'S MOTION FOR NEW TRIAL

On ___November 10___, 2015, the Court considered Defendant Jashim Uddin Ahmed's

Motion for New Trial. and Remittiture.

After considering the motion and arguments of counsel, the motion is DENIED.

Signed on: ___November 10___, 2015.

_____
JUDGE PRESIDING

SCANNED

NOV 1 1 2015